# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 29, 2010

139421(27)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

AHMAD MOSLIMANI,
      Defendant-Appellant.

_____/

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

SC: 139421
COA: 290644
Wayne CC: 08-009603-AR

On order of the Court, the motion for reconsideration of this Court's October 26, 2009 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 29, 2010

_____
Clerk

y0125